# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140895

NAJAT MACKIE and FREETOWN MINI
MART, INC.,
     Plaintiffs-Appellants,

v

BOLLORE S.A., NORTH ATLANTIC
TRADING COMPANY, NORTH ATLANTIC
OPERATING COMPANY, JENKENS &
GILCHRIST, and LISA MEYERHOFF,
     Defendants,
and

PROSKAUER ROSE, L.L.P., MARCELLA
BALLARD, CHRISTOPHER A. RAIMONDI,
KENNETH A. TARDIE & ASSOCIATES,
PAUL H. STEINBERG, and STEINBERG,
SHAPIRO & CLARK,
     Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140895
COA: 286461
Wayne CC: 07-704897-CZ

     On order of the Court, the application for leave to appeal the February 25, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk